### Groves *v.* Groves.

Hill, J. A brief of the evidence is essentially a part of a valid motion for new trial. Consequently, where a motion for new trial was filed and no brief of the evidence was presented, the court did not err in dismiss-

ing the motion. Civil Code (1910), §§ 6082, 6306; *Baker* v. *Johnson,* 99 *Ga.* 374 (27 S. E. 706) ; *Mize* v. *Americus Mfg. &c. Co.,* 106 *Ga.* 140 (32 S. E. 22) ; *Sewell* v. *Sewell,* 148 *Ga.* 473 (96 S. E. 1037).

*Judgment affirmed. All the Justices concur.*

No. 9689. OCTOBER 12, 1933.

*William T. Ray* and *Fred A. Gillen,* for plaintiff in error.
*Wolver M. Smith, Claude Mehaffey,* and *Jake B. Joel,* contra.